

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Brooks E. Doyne*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*      *main:* (973) 645-2700
*Newark, NJ 07102*                 *direct:* (973) 297-4390
*brooks.doyne@usdoj.gov*

July 8, 2026

**<u>Via ECF</u>**

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Newark, NJ 07102

      Re:    *Ixim v. Mullin, et al.,* No. 26-cv-6080 (MCA)
              **Release of Petitioner**

Dear Judge Arleo:

      This Office represents Respondents in this habeas matter. We write pursuant to the Court's Text Order, ECF No. 3, to confirm that U.S. Immigration and Customs Enforcement (ICE) has informed this Office that Petitioner was released from ICE custody today at 6:00 p.m. The Respondents respectfully submit this response to the Court's Text Order insofar as it directs the Respondents to apprise the Court of any significant criminal history that the Petitioner failed to disclose. *Id.* Respondents are aware of an alleged robbery arrest involving the Petitioner in Guatemala in or about 2018. At this time, however, the disposition of that matter remains unknown, and the Respondents are currently undergoing investigative efforts. We respectfully ask the Court to close this matter.

                      Respectfully submitted,

                      ROBERT FRAZER
                      UNITED STATES ATTORNEY

      By:    */s/ Brooks E. Doyne*
                  BROOKS E. DOYNE
                  Assistant U.S. Attorney
                  *Attorneys for Respondents*

cc:    Counsel of Record (*via* ECF)

Case shall be closed.
SO ORDERED

    *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  8/13/26